So Ordered.

Signed this 13 day of April, 2017.

_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

**IN RE: ROBERT D FAUCETT**                                 Case No.11-12520
                                                            **(Chapter 13)**

              **Debtor.**

**ORDER CONDITIONALLY GRANTING TRUSTEE'S MOTION TO DISMISS**

Upon the Motion of the Chapter 13 Standing Trustee, Andrea E. Celli for an Order pursuant to 11 U.S.C. Section 1307(c) dismissing the above-captioned Chapter 13 case based upon the debtor's default in plan payments (the "Motion") and a hearing on said Motion having been had on the 13th day of April, 2017, and Andrea Celli, Chapter 13 Trustee, having appeared in support of said Motion, and the debtor by and through their attorney GUY CRISCIONE, ESQ having appeared in opposition to the Motion and in support of allowing the debtor a limited period of time to address the Motion, and the Trustee having agreed to the same on the terms and conditions set forth here, and, the Court having given due deliberation thereto, it is hereby

ORDERED, that by April 30, 2017, the debtor shall payoff the balance owed or file and serve a proposed modified plan extending the term of the plan, and it is further

ORDERED that in the event the debtor has not satisfied the terms of this order as set forth above, then, in that event, the Chapter 13 Trustee may submit for entry, an Ex Parte Order dismissing this

Chapter 13 case without further notice or hearing.

###