*ntcdsm*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Robert D Faucett<br><br>xxx−xx−8896<br>557 Bradford Road<br>Schenectady, NY 12304 | )<br>)<br>)<br>)<br>) Case Number: 11−12520−1−rel<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 13<br>) |

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
 Guy J. Criscione Jr.
817 Madison Ave.
Albany, NY 12208
Telephone number:  (518) 449−1680

NAME/ADDRESS OF TRUSTEE
Andrea E. Celli−Trustee
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY 12211
Telephone number:  (518) 449−2043

## NOTICE OF DISMISSAL

Notice is hereby given pursuant to FRBP 2002(f)(2) of the entry of an Order on 7/13/17 , dismissing the above captioned chapter 13 petition without prejudice.

Date: 7/13/17

*FOR THE COURT*

*[signature]*

KIM F. LEFEBVRE
Clerk of the Bankruptcy Court